## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Sergio D. Martinez**<br>DOB: 1989; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-01751MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about February 5, 2025, at or near Tucson, in the District of Arizona, **Sergio D. Martinez**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: one (1) Glock 19 9mm pistol and one (1) CZ 75 P-01 9mm pistol, said firearms having been shipped and transported in interstate or foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On February 5, 2025 at approximately 7:00p.m.,Tucson Police Department (TPD) officers responded to the QT located at 2802 N 1st Ave for a report of a male waving a gun around in the parking lot. The 911 caller reported the suspect was associated with a Chevy Trailblazer. Upon their arrival, TPD officers located the described Chevy Trailblazer parked at the gas pumps. As the officers approached the vehicle, they observed a handgun and drug paraphernalia (burnt foil) in plain view in the vehicle. A single occupant, later identified as **Sergio D. Martinez**, was in the driver's seat and slumped over the steering wheel. **Martinez** was taken out of the vehicle and detained in handcuffs. A search of the vehicle revealed a firearm, in plain view on the backseat and another inside a black backpack on the floorboard of the rear of the vehicle. The backpack contained documents with **Martinez'** name and information on them. Officers also found 113 M30 pills (which tested positive for fentanyl) and 27.779 grams of suspected methamphetamine. The methamphetamine was located inside a cigarette box that was taken off **Martinez'** person. The firearm on the backseat was a Glock 19 9mm. The firearm found inside the backpack was a CZ 75 P-01 9mm. Also found in the backpack were additional magazines which contained ammunition for a Glock pistol.

A records check showed **Sergio D. Martinez** has the following prior felony convictions in the Pima County Superior Court: Misconduct Involving Weapons dated 12/13/2022, Case Number CR20222024-001 and Narcotic Drug Possession for Sale dated 12/13/20222, Case Number CR20222024-001. Both convictions are felony offenses punishable by imprisonment for a term exceeding one year.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano* RAQUEL ARELLANO _Digitally signed by RAQUEL ARELLANO Date: 2025.04.02 09:05:20 -07'00'_ | SIGNATURE OF COMPLAINANT<br>*EddyHarper*<br><br>OFFICIAL TITLE<br>FBI TFO Detective Edward Harper |
|---|---|

**Sworn by telephone __x__**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 2, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

25-01751MJ

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

The vehicle is registered to an individual named C.A. The vehicle was reported stolen in a 911 call at approximately midnight earlier that same day by someone who reported a carjacking. Law enforcement has not been able to contact the owner of the vehicle.

In a post-*Miranda* statement, **Martinez** stated he had borrowed the vehicle two days ago from a friend named "Los" and had no knowledge of the firearms inside the vehicle.

An ATF interstate nexus expert performed an interstate nexus examination and determined the Glock 19 9mm and CZ 75 P-01 9mm firearms found in the vehicle that **Sergio D. Martinez's** was in were not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.